JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anthony Bouyer,<br>Plaintiff,<br><br>v.<br><br>Lowe's Home Center, LLC, et al.,<br>Defendants. | Case No. 2:20-cv-03973-AB-KS<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  August 11, 2020        _____
ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.